JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR AGEEL, | NO. 2:20-CV-10093-JWH (AGR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R.C. JOHNSON, Warden, et al., | |
| Defendants. | |

For the reasons stated in the Order of Dismissal,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is **ENTERED** for Defendants.
2. This action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: June 26, 2024

JOHN W. HOLCOMB
United States District Judge